# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SHAUNTAE OSBORNE-FRANKLIN, as Personal Representative of the Estate of TERRANCE LAVON OSBORNE,<br><br>     Plaintiff,<br><br>v.<br><br>BOARD OF COMMISIONERS OF CLEVELAND COUNTY, et al.<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CIV-22-1053-JD |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties hereby stipulate to the dismissal of this action without prejudice to re-filing only as it relates to Plaintiff's claims against Defendants Board of County Commissioners of Cleveland County and James Glasco, in his capacity as Captain and Jail Administrator in the above-styled action.

The parties will bear their own attorneys' fees and costs. This Stipulation of Dismissal does not affect any other claim or party to this action.

Respectfully submitted,

 s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611

Facsimile:  (405) 235-2904
rlafferrandre@piercecouch.com
jdark@piercecouch.com
*Attorneys for Defendants Board of County Commissioners of Cleveland County, Chris Amason, Blake Green, Brandi Garner and James Glasco*


s/ Alexandra G. Ah Loy
*(signed with permission of counsel)*
Alexandra G. Ah Loy, OBA No. 31210
SWEET DEWBERRY HUBBARD
24 W Park Place
Oklahoma City, Oklahoma 73103
TELEPHONE: 405-601-9400
FAX: 405-601-9444
allie@sweetlawfirm.com
*Attorney for Defendants Turn Key Health Clinics, LLC, Tara Wilson, Nicole Musgrove, Becky Pata, Sarah Nunez, Derek McGuire, Sarah Chance, Alana Morris, Rebecca Bruce, David Sagin, Christina Meza, and Brittany Linton*


s/ Chris Hammons
*(signed with permission of counsel)*
Chris Hammons, OBA No. 20233
Jason M. Hicks, OBA No. 22176
Jonathan Ortwein, OBA No. 32092
LAIRD HAMMONS LAIRD, PLLC
1332 SW 89th St.
Oklahoma City, Oklahoma 73159
Telephone: (405) 703-4567
Facsimile: (405) 703-4067
chris@lhllaw.com
jason@lhllaw.com
jonathan@lhllaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on the 3rd day of January, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

s/ Jessica L. Dark
Jessica L. Dark
