## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELLI GOODNIGHT, as Personal Representative of the Estate of TERRANCE LAVON OSBORNE, </br></br>　　　　　Plaintiff, </br></br>v. </br></br>BOARD OF COUNTY COMMISSIONERS OF CLEVELAND COUNTY, et al., </br></br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br>Case No.: 5:22-cv-01053-JD |

### NOTICE OF SETTLEMENT

Plaintiff, by and through her counsel, and Defendant Chris Amason, in his official capacity as Sheriff of Cleveland County, by and through his counsel, hereby notify the Court that the claims brought by Plaintiff against Defendant Chris Amason, in his official capacity as Sheriff of Cleveland County, have settled. The parties are working diligently to prepare the necessary paperwork and a Joint Stipulation of Dismissal will be forthcoming. This resolves all claims against the Cleveland County Defendants and does not impact the Plaintiff's claims against any other Defendant.

Respectfully submitted,

s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
John H. Kim, OBA No. 31613
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone:   (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com
jdark@piercecouch.com
jkim@piercecouch.com
***Attorneys for Defendant Chris Amason, in his official capacity as Sheriff of Cleveland County***

s/ Chris Hammons
*(signed with permission of counsel)*
Chris Hammons, OBA No. 20233
Jason M. Hicks, OBA No. 22176
LAIRD HAMMONS LAIRD, PLLC
1332 SW 89th St.
Oklahoma City, Oklahoma 73159
Telephone: (405) 703-4567
Facsimile: (405) 703-4067
chris@lhllaw.com
jason@lhllaw.com
***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all counsel who have entered their appearance in this case.

 s/ Jessica L. Dark
Jessica L. Dark
